UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN GILLUM, <br><br>　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>THOMAS MANNING, *et al.*, <br><br>　　　　　　　　　Defendants. | Case No. C20-1745-RAJ-MAT <br><br> REPORT AND RECOMMENDATION |

On November 20, 2020, plaintiff David Gillum submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he alleges that he was unlawfully detained at the King County Regional Justice Center ("RJC") in 2016, and that he was mistreated by RJC staff during the course of his confinement. (*See* Dkt. 1 at 5-6, 9-12.) Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis*. Thus, on November 25, 2020, the Clerk sent plaintiff a letter advising him that his submission was deficient because he failed to meet the filing fee requirement. (Dkt. 3.) The Clerk explained that plaintiff would have to either pay the full filing fee or submit an application to proceed *in forma pauperis* by December 28, 2020, or risk dismissal of this action. (*Id*.) To date, plaintiff has neither paid the filing fee nor has he submitted an application to proceed with this

REPORT AND RECOMMENDATION - 1

action *in forma pauperis*.

As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 17, 2021**.

DATED this 27th day of January, 2021.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2