UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ALLEN GILLUM,

                Plaintiff,

   v.

THOMAS MANNING, *et al.*,

                Defendants.

Case No. C20-1745-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 25th day of February, 2021.

                                        */s/ Richard A. Jones*

                                        The Honorable Richard A. Jones
                                        United States District Judge